UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MAURICE CURTIS,

Defendant.

No 18-cr-373-7 (RJS)
<u>ORDER</u>

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the Court's previous order (Doc. No. 737), a guilty plea hearing will take place on November 16, 2020 at 9:00 a.m.  The Court will email the parties directly with instructions for accessing the CourtCall conference.  Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

        Dial-in:           855-268-7844
        Access code:    67812309#
        PIN:              9921299#

SO ORDERED.

Dated:      November 12, 2020
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation