UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MAURICE CURTIS,<br><br>                    Defendant. | No. 18-cr-373 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      Defendant Maurice Curtis's sentencing is currently scheduled for February 19, 2021 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  IT IS HEREBY ORDERED THAT Curtis shall file his sentencing submission by February 5, 2021.  IT IS FURTHER ORDERED THAT the government shall file its sentencing submission by February 12, 2021.

SO ORDERED.

Dated:    December 29, 2020
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation