UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MAURICE CURTIS,

Defendant.

No. 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On February 12, 2021, the government requested that Defendant Maurice Curtis's sentencing be adjourned to allow for preparation of a Presentence Investigation Report. (Doc. No. 784.) That request is GRANTED. Accordingly, IT IS HEREBY ORDERED THAT Curtis's sentencing, which is currently scheduled for February 19, 2021 (Doc. No. 768), is adjourned until May 19, 2021 at 10:00 AM. The sentencing shall take place in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. IT IS FURTHER ORDERED THAT Curtis shall file his sentencing submission no later than May 7, 2021, and the government shall file its sentencing submission no later than May 14, 2021.

SO ORDERED.

Dated: February 12, 2021
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation