UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MAURICE CURTIS,<br><br>       Defendant. | No. 18-cr-373 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  IT IS HEREBY ORDERED THAT Defendant's sentencing, which is currently scheduled for October 22, 2021, is adjourned to Tuesday, October 26, 2021 at 11:00 a.m. at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Defendant shall file his sentencing submission by October 12, 2021, and the government shall file its sentencing submission by October 19, 2021.

SO ORDERED.

Dated:  September 22, 2021
     New York, New York

                       _____
                         RICHARD J. SULLIVAN
                         UNITED STATES CIRCUIT JUDGE
                         Sitting by Designation