UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MAURICE CURTIS,<br><br>      Defendant. | No. 18-cr-373 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

  IT IS HEREBY ORDERED THAT Defendant's sentencing, which is currently scheduled for October 26, 2021, is adjourned to Monday, December 20, 2021 at 11:00 a.m. at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant shall file his sentencing submission by December 6, 2021, and the government shall file its sentencing submission by December 13, 2021.

SO ORDERED.

Dated:  October 6, 2021
      New York, New York

                                  _____
                                  RICHARD J. SULLIVAN
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation