UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MAURICE CURTIS,<br><br>                              Defendant. | No. 18-cr-373 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Defendant's sentencing, which is currently scheduled for December 20, 2021, will instead take place on February 21, 2022 at 2:00 p.m. at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant shall file his sentencing submission by February 7, 2022. The government shall file its sentencing submission by February 14, 2022.

SO ORDERED.

Dated:    November 29, 2021
                New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation