UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MAURICE CURTIS,

Defendant.

No. 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

In light of the Court's closure on February 21, 2022 for President's Day, IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned to February 22, 2022 at 12:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Defendant shall file his sentencing submission by February 8, 2022.  The government shall file its sentencing submission by February 15, 2022.

SO ORDERED.

Dated:    January 21, 2022
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation