UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MAURICE CURTIS,<br><br>                    Defendant. | No. 18-cr-373 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Defendant's sentencing, previously scheduled for February 22, 2022, is adjourned.

SO ORDERED.

Dated:    February 11, 2022
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation