UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MAURICE CURTIS,<br><br>Defendant. | No. 18-cr-373 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

With the consent of the parties, IT IS HEREBY ORDERED THAT the hearing scheduled for March 17, 2022 is cancelled. Sentencing will proceed on March 28, 2022 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Defendant shall file his sentencing submission by March 14, 2022; the government shall file its sentencing submission by March 21, 2022.

SO ORDERED.

Dated:    February 17, 2022
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation