UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MAURICE CURTIS,<br><br>　　　　　　　　　　Defendant. | No. 18-cr-373 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　The Court is in receipt of the government's December 9, 2024 *ex parte* email requesting the Court's recommendation on whether Defendant's petition for a commutation of sentence should be granted. *See* U.S. Dep't of Just., Just. Manual § 9-140.111 ("The Pardon Attorney . . . routinely requests the United States Attorney or Assistant Attorney General to solicit the views and recommendation of the sentencing judge."). The Court takes no position on whether Defendant's petition should be granted.

SO ORDERED.

Dated:　　December 13, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation